UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Aileen R. Carr, | Case No. 3:18-cv-1639 |
| Plaintiff | |
| v. | MEMORANDUM OPINION AND ORDER |
| Commissioner of Social Security, | |
| Defendant | |

Before me is the Report and Recommendation of Magistrate Judge Kathleen B. Burke filed on April 24, 2019, in the above-entitled action. (Doc. No. 18). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day period has elapsed, and no objections have been filed.

Following review of Judge Burke's Report and Recommendation, I agree with Judge Burke's conclusion that the Commissioner's decision should be reversed, and the matter remanded for further proceedings. I hereby order such reversal and remand.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge